AO 83 (Rev. 06/09)  Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America<br>v.<br>NANCY GUZMAN<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)  Case No.   15-cr-149-JLK<br>)<br>)<br>) |

**SUMMONS IN A CRIMINAL CASE**

    **YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

❐ Indictment      ❐ Superseding Indictment    ☑ Information   ❐ Superseding Information      ❐ Complaint

❐ Probation Violation Petition     ❐ Supervised Release Violation Petition   ❐ Violation Notice    ❐ Order of Court

| | |
|---|---|
| Place:   United States District Court<br>Magistrate Judge Wang<br>Byron Rogers Courthouse | Courtroom No.:   C-205 |
| | Date and Time:   06/25/2015 2:00 pm |

    This offense is briefly described as follows:

Fraudulent Returns- 26 U.S.C. § 7207
Aid and Abet- 18 U.S.C.§ 2(a)

Prior to court appearance, defendant shall report to probation at 9:00 a.m., 1929 Stout Street, Denver, CO and the U.S. Marshal's Service; 901 19th Street, Denver, Colorado at 10:00 a.m.

Date:      06/10/2015                          s/Jennifer Hawkins
                                                  *Issuing officer's signature*

                                       Jeffrey P. Colwell, Clerk, USDC
                                                 *Printed name and title*

I declare under penalty of perjury that I have:

❐ Executed and returned this summons                ❐ Returned this summons unexecuted

Date:     _____                    _____
                                                *Server's signature*

                                                 *Printed name and title*