IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 15-cr-00149-JLK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RAUL CARAVEO,
2. PAMILA LUCERO,
3. SABRINA CARAVEO,
4. EUGENE CHAVEZ,
5. CAROLINA ARAGON,
6. CRISTINA PORTILLOS,
7. **CONRAD ARCHULETA, and**
8. **NANCY GUZMAN**,

    Defendants.

___

**GOVERNMENT'S UNOPPOSED MOTION FOR A STIPULATED PROTECTIVE ORDER PERTAINING TO DEFENDANTS ARCHULETA AND GUZMAN RE PERSONAL IDENTIFYING AND TAX INFORMATION OF THIRD PARTIES**

___

The United States of America, through Assistant United States Attorney Martha A. Paluch, defendant Conrad Archuleta, through his counsel David Owen, and defendant Nancy Guzman, through her counsel John Sullivan, respectfully move this Court to enter the attached Stipulated Protective Order governing the discovery in this case in order to protect the personal identifying and tax information of third parties. On April 24, 2015, the Court signed a Stipulated Protective Order regarding these materials and the receipt of them by the first six named defendants in this case. Doc. 62. On June 10, 2015, the grand jury returned a Superseding Indictment charging Conrad Archuleta and Nancy

1

Guzman in Count 1, with violating Title 18, United States Code, Section 286, Conspiracy to File False Claims for Refund, and in Counts 34 and 35, with violations of Title 18, United States Code, Section 287, False Claims for Refund.   Doc. 93.   The proposed Stipulated Protective Order pertains to disclosure of the materials referenced below to Defendants Archuleta and Guzman.

The instant offense involves the defendants' alleged use of other individuals' identifying information, to include social security numbers, dates of birth, and addresses, on tax returns submitted to the IRS.

The discovery in this case is voluminous, and includes tax returns, tax transcripts, and interviews, as well as records from the Department of Corrections and the Department of Motor Vehicles.   The majority of this discovery contains names, social security numbers, dates of birth, and addresses of third parties.   In order to balance the privacy concerns of the individuals named in these documents against the important interest in the government providing broad discovery in this case, the parties have stipulated to the terms set forth in the attached proposed protective order, to include the following:

1. Discovery shall be made only to the defendants, their attorneys, and anyone hired or employed for the purpose of assisting in the preparation of the defense in this case (to include third-party vendors).

2. The defendants and his or her attorney or agents will not use this information, or the substance thereof, in any way except as is necessary in preparing and presenting the legal defense of this case.

3. The discovery in this case shall be maintained in the defense attorneys' (or

    third-party vendors') custody; and such information shall not otherwise be disclosed, reproduced, or disseminated.

4. Defense counsel agree that if any portion of the discovery is provided to a third-party vendor, defense counsel will provide that vendor with a copy of the Stipulated Protective Order and will ensure that the third-party vendor agrees to the terms set forth in the Stipulated Protective Order prior to receipt of any discovery.

 It may in certain circumstances be necessary for defense counsel to share with their clients specific, redacted discovery.   In that event, the parties propose to the Court that they be allowed to modify by agreement the proposed Stipulated Protective Order to allow disclosure of that redacted discovery.

 THEREFORE, the United States, and Defendants Archuleta and Guzman, request that the Court enter the attached Stipulated Protective Order.

             JOHN F. WALSH
             United States Attorney


             By:*Martha A. Paluch*
             MARTHA A. PALUCH
             Assistant U.S. Attorney
             United States Attorney's Office
             1225 17th Street, Suite 700
             Denver, Colorado 80202
             (303) 454-0353
             (303) 454-0402 (fax)
             Martha.Paluch@usdoj.gov
             Attorney for Government

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 26th day of June, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

Mr. Martin Stuart  
Counsel for Raul Caraveo  
mstuart@portmanstuart.com

Mr. David Owen, Jr.  
Counsel for Conrad Archuleta  
davidowen@lodopc.com

Mr. John Schlie  
Counsel for Pamila Lucero  
johnhenry@schlielawfirm.com

Mr. John Sullivan, III  
Counsel for Nancy Guzman  
jfslaw1@aol.com

Ms. Marci Gilligan  
Counsel for Sabrina Caraveo  
gilligan@ridleylaw.com

Mr. Thomas Ward  
Counsel for Eugene Chavez  
tward@wardlawdenver.com

Mr. Robert Pepin  
Counsel for Carolina Aragon  
Robert_Pepin@fd.org

Mr. John Mosby  
Counsel for Christina Portillos  
john_mosby@msn.com

            s/ *Mariah Tracy*  
            MARIAH TRACY  
            Legal Assistant  
            U.S. Attorney's Office  
            1225 17th St., Suite 700  
            Denver, CO   80202  
            Telephone:  (303) 454-0100  
            Fax:  (303) 454-0401  
            e-mail: Mariah.Tracy@usdoj.gov

4