**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**
Hon. John L. Kane

Criminal Case No.   15-cr-00149-JLK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RAUL CARAVEO,
2. PAMILA LUCERO,
3. SABRINA CARAVEO,
4. EUGENE CHAVEZ,
5. CAROLINA ARAGON,
6. CRISTINA PORTILLOS,
7. **CONRAD ARCHULETA, and**
8. **NANCY GUZMAN,**

    Defendants.

---

**ORDER REGARDING DISCLOSURE OF GRAND JURY MATERIALS TO ATTORNEYS FOR DEFENDANTS ARCHULETA AND GUZMAN**

---

Upon consideration of the Government's Motion to Disclose Copies of Grand Jury Materials under Specified Conditions to the Attorneys for Defendants Archuleta and Guzman Pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i), it is

ORDERED that a copy of the transcripts of testimony given before the grand jury and related exhibits be disclosed to the attorneys for Defendants Archuleta and Guzman for preparation for trial.

IT IS FURTHER ORDERED THAT:

1. Defense counsel make only such copies as are necessary to prepare a

defense of this criminal case;

2. Defense counsel keep a written record concerning how many copies were made, to whom those copies were delivered, and the date of delivery, and that defense counsel deliver a copy of this Order allowing disclosure with the materials;

3. Defense counsel provide the defendants with reasonable access to the grand jury materials, but that defense counsel not allow the defendants to retain copies of any grand jury materials;

4. No person, other than defense counsel, make any copy of the grand jury materials for any purpose; and

5. At the conclusion of the case in this Court, by entry of the Court's judgment, defense counsel collect all such copies and return them to the government within ten days.

Dated this _____ day of _____, 2015.

BY THE COURT:

_____
John L. Kane
United States District Court Senior Judge