**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   15-cr-00149-JLK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  RAUL CARAVEO,
2.  PAMILA LUCERO,
3.  SABRINA CARAVEO,
4.  EUGENE CHAVEZ,
5.  CAROLINA ARAGON,
6.  CRISTINA PORTILLOS,
7.  CONRAD ARCHULETA, and
8.  NANCY GUZMAN,

      Defendants.

---

**PARTIES' JOINT STATUS REPORT**

---

The United States of America, through Assistant United States Attorney Martha A. Paluch, and defendant Raul Caraveo, through his counsel Martin Stuart, defendant Pamila Lucero, through her counsel John Schlie, Sabrina Caraveo, through her counsel Marci Gilligan, Eugene Chavez, through his counsel Thomas Ward, defendant Carolina Aragon, through her counsel Robert Pepin, defendant Cristina Portillos, through her counsel John Mosby, defendant Conrad Archuleta, through his counsel David Owen, and defendant Nancy Guzman, through her counsel John Sullivan, submit this Joint Status Report, pursuant to the Court's May 8, 2015 Order.   Doc. 80.

1

**Background**

A thirty-seven count indictment was returned in this case on April 7, 2015, charging the first six named defendants in Count 1 with violating Title 18, United States Code, Section 286, conspiracy to file false claims for refund, and in Counts 2-37 with specific violations of Title 18, United States Code, Sections 287 and 2(a), aiding and abetting in the submission of false claims for refund.   Doc. 1.   On May 8, 2015, the Court granted Defendants Raul Caraveo and Pamila Lucero's Unopposed Joint Motion for an Ends of Justice Continuance of Trial and a Motion for a Complex Case Designation.   Doc. 80. The Court added 120 days to the speedy trial clock calculation, and later clarified that this additional time period applied to all defendants in the case.   Doc. 86.

On June 10, 2015, a thirty-nine count superseding indictment was returned in which Defendants Archuleta and Guzman were charged in the conspiracy count, Count 1, charging a violation of § 286, and in Counts 34 and 35, with violations of §§ 287 and 2(a). Doc. 93.   Defendants Raul Caraveo, Pamila Lucero, and Sabrina Caraveo were also named in Counts 34 and 35.   Defendant Archuleta's initial appearance was held on June 18, 2015, and Defendant Guzman's occurred on June 26, 2015.   Docs. 102 and 132. The original six defendants in this case were rearraigned on June 25, 2015.   Docs. 124-129. The seventy-day speedy trial calculation for Defendant Guzman, the last defendant to appear in this case, is September 4, 2015.   Doc. 137.   Accordingly, September 4, 2015, is the seventy-day speedy trial computation for all defendants, prior to any ends of justice continuances.   "All defendants who are joined for trial generally fall within the speedy trial computation of the latest codefendant."   *Henderson v. United*

*States,* 476 U.S. 321, 323 n.2 (1986); *United States v. Margheim*, 770 F.3d 1312, 1318-1319 (2014) (same); *see* 18 U.S.C. § 3161(h)(6) excludes from the speedy trial computation "[a] reasonable period of delay when the defendant is joined for trial with a codefendant as to whom the time for trial has not run and no motion for severance has been granted").

Today, July 8, 2015, counsel for Defendant Conrad Archuleta filed a motion for an order declaring this case complex and excluding 120 days from the speedy trial computations.   Doc. 146.   Government counsel was advised that counsel for Defendant Nancy Guzman intends to file a similar motion by this Friday, July 10, 2015, and that the remaining defendants intend to join in this motion so that all speedy trial act exclusions correspond with one another.   *Henderson,* 476 U.S. at 323 n.2; *Margheim*, 770 F.3d at 1318-1319; 18 U.S.C. § 3161(h)(6).

The Court directed that on or before July 8, 2015, the parties were to confer and file a Joint Status Report "stating the current status of discovery, suggested discovery and motions deadlines, and whether a status or motions hearing should be set."   Doc. 80.   In response, the parties state as follows:

**Discovery**

The government has produced approximately 13,450 pages of discovery, the audio from 3,000 recorded prison calls, and numerous recorded interviews, as well as a number of transcripts from these recordings.   The government has also provided to defense counsel a detailed discovery index with Bates numbers and descriptions of the categories of documents and of the documents themselves.

Discovery was Fed Ex'd to counsel for Defendants Archuleta and Guzman on July 2, 2015.

The government has complied with its Rule 16, *Brady, Giglio,* and *Jenks* Act discovery obligations and will continue to do so.   At this time, the government does not anticipate additional discovery, other than what might ordinarily be produced during the course of trial preparation.

**Status**

Given that counsel for Defendants Archuleta and Guzman just received discovery this week, the parties respectfully request an additional 60 days, or until **Tuesday, September 8, 2015,** to file a second Joint Status Report to advise the Court as to their positions on a motions deadline and whether a status conference is warranted.

Dated this 8th day of July, 2015.

4

_s/Martin Stuart_____          _7/8/15_          _____s/John Schlie_____          _7/8/15____
Martin Stuart                  Dated             John Schlie                      Dated
Counsel for Raul Caraveo                         Counsel for Pamila Lucero


__s/Marci Gilligan_          _7/8/15__          _____s/Thomas Ward_____          _7/815_____
Marci Gilligan               Dated              Thomas Ward                      Dated
Counsel for Sabrina Caraveo                     Counsel for Eugene Chavez


__s/Robert Pepin_____          _7/8/15__          _____s/John Mosby_____          _7/8/15_____
Robert Pepin                   Dated              John Mosby                      Dated
Counsel for Carolina Aragon                       Counsel for Cristina Portillos


__s/David Owen___          _7/8/15__          _____s/John Sullivan_____          _7/8/15_____
David Owen                 Dated              John Sullivan                      Dated
Counsel for Conrad Archuleta                  Counsel for Nancy Guzman


_s/ Martha A. Paluch_____          _7/8/15__
AUSA Martha A. Paluch                 Dated
Counsel for the United States

5

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of July, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

Mr. Martin Stuart
Counsel for Raul Caraveo
mstuart@portmanstuart.com

Mr. David Owen, Jr.
Counsel for Conrad Archuleta
davidowen@lodopc.com

Mr. John Schlie
Counsel for Pamila Lucero
johnhenry@schlielawfirm.com

Mr. John Sullivan, III
Counsel for Nancy Guzman
jfslaw1@aol.com

Ms. Marci Gilligan
Counsel for Sabrina Caraveo
gilligan@ridleylaw.com

Mr. Thomas Ward
Counsel for Eugene Chavez
tward@wardlawdenver.com

Mr. Robert Pepin
Counsel for Carolina Aragon
Robert_Pepin@fd.org

Mr. John Mosby
Counsel for Cristina Portillos
john_mosby@msn.com

s/ *Mariah Tracy*
MARIAH TRACY
Legal Assistant
U.S. Attorney□s Office
1225 17th St., Suite 700
Denver, CO   80202
Telephone:   (303) 454-0100
Fax:   (303) 454-0401
e-mail: Mariah.Tracy@usdoj.gov

6