PS 42
(Rev. 7/93)

# United States District Court
District of Colorado

United States of America    )
                            )
vs.                         )
                            )
Nancy Guzman                )
                            )   Case No. 1:15CR00149-JLK-008

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Nancy Guzman_____, have discussed with _____Jordan Buescher_____, Pretrial Services/ Probation Officer, modifications of my release conditions as follows:

The defendant must notify any medical professional of her addiction to drugs and alcohol prior to receiving any prescription medication. The defendant shall also permit the United States Probation Office to discuss her addictions with her medical professional.

I consent to this modification of my release conditions and agree to abide by this modification.

_[signature]_  7-2-15          _[signature]_  7-2-2015
Signature of Defendant   Date   Pretrial Services/Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_                     7/9/15
Signature of Defense Counsel              Date

[X] The above modification of conditions of release is ordered, to be effective on  July 9, 2015 .
[ ] The above modification of conditions of release is *not* ordered.

_[signature]_                     09 Jul 2015
Signature of Judicial Officer             Date