IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 15-cr-00149-RM-8

UNITED STATES OF AMERICA,

        Plaintiff,

v.

8. NANCY GUZMAN,

        Defendant

---

**NOTICE OF DISPOSITION**

---

        The Defendant, Nancy Guzman, by and through counsel, John F. Sullivan, notifies the Court that the parties have reached a disposition and this case will be resolved via a plea agreement. The Defendant requests this Court set a date for her to enter her plea and allow her to be excused from the status hearing set for August 19, 2015.

Respectfully submitted this 18th day of August 2015.

        s/John F. Sullivan, III
        John F. Sullivan, III
        1745 S<small>HEA</small> C<small>ENTER</small> D<small>RIVE</small>, 4TH F<small>LOOR</small>
        H<small>IGHLANDS</small> R<small>ANCH</small>, CO 80129
        (303) 748-4343

**CERTIFICATE OF SERVICE**

        I certify that a copy of the foregoing was served on this 18th day of August, 2015 by ECF upon all parties:

        s/John F. Sullivan, III