IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  15-cr-00149-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.  RAUL CARAVEO,
2.  PAMILA LUCERO,
3.  SABRINA CARAVEO,
4.  EUGENE CHAVEZ**,**
5.  CAROLINA ARAGON,
6.  CRISTINA PORTILLOS,
7.  CONRAD ARCHULETA, and
**8.  NANCY GUZMAN**,

        Defendants.

---

**GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE DEFENDANT NANCY GUZMAN'S DECEMBER 10, 2015 SENTENCING HEARING**

---

The United States of America, by and through Martha A. Paluch, Assistant United States Attorney, hereby respectfully moves, without opposition, that Defendant Nancy Guzman's December 10, 2015 sentencing hearing be continued.  In support of this motion, the government asserts as follows:

1.     Defendant Nancy Guzman (defendant) pled guilty to Count 1 of the Superseding Indictment on September 17, 2015.  She is scheduled to be sentenced at 10:00 a.m. on December 10, 2015.  Doc. 214.

2.     As part of her plea agreement, the defendant agreed to "testify fully and truthfully at any proceeding in the District of Colorado or elsewhere as requested by the government."  Doc. 215 at 3, ¶ c.

3.   All but two defendants have pled guilty in this case.  A trial date has not yet been set for Defendants Pamila Lucero and Cristina Portillos.  The speedy trial clock is currently set to expire on February 23, 2016.  Doc. 213.

4.   In her plea agreement, the defendant agreed to "postponements of her sentencing, as requested by the government and as approved by the Court."  Doc. 215 . at 3, ¶ e.  Because it is likely that the defendant will be called to testify for the government at the trial of Defendants Lucero and Portillos, the government respectfully requests that the defendant's December 10, 2015 sentencing hearing be continued until March of 2016, or until a date convenient to the Court.

5.   Undersigned counsel has conferred with defendant's counsel, Mr. John F. Sullivan, about this motion.  Mr. Sullivan represents that the defendant does not oppose this motion.

Respectfully submitted,


*s/ Martha A. Paluch*
Martha A. Paluch
Assistant U.S. Attorney
United States Attorney's Office
1225 17th Street, Suite 700
Denver, CO  80202
(303) 454-0100
Martha.paluch@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of December, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

Mr. Martin Stuart
Counsel for Raul Caraveo
mstuart@portmanstuart.com

Mr. David Owen, Jr.
Counsel for Conrad Archuleta
davidowen@lodopc.com

Mr. John Schlie
Counsel for Pamila Lucero
johnhenry@schlielawfirm.com

Mr. John Sullivan, III
Counsel for Nancy Guzman
jfslaw1@aol.com

Ms. Marci Gilligan
Counsel for Sabrina Caraveo
gilligan@ridleylaw.com

Mr. Thomas Ward
Counsel for Eugene Chavez
tward@wardlawdenver.com

Mr. Robert Pepin
Counsel for Carolina Aragon
Robert_Pepin@fd.org

Mr. John Mosby
Counsel for Cristina Portillos
john_mosby@msn.com

s/ *Mariah Tracy*
MARIAH TRACY
Legal Assistant
U.S. Attorney's Office
1225 17th St., Suite 700
Denver, CO  80202
Telephone:  (303) 454-0100
Fax:  (303) 454-0401
e-mail: Mariah.Tracy@usdoj.gov