**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   15-cr-00149-RM

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1.  RAUL CARAVEO,
**2.  PAMILA LUCERO,**
3.  SABRINA CARAVEO,
4.  EUGENE CHAVEZ,
5.  CAROLINA ARAGON,
6.  **CRISTINA PORTILLOS**,
7.  CONRAD ARCHULETA, and
8.  NANCY GUZMAN**,**

   Defendants.

---

**GOVERNMENT'S MOTION TO RESTRICT ACCESS
TO DOC. 299 LEVEL ONE RESTRICTION**

---

The United States of America, through Assistant United States Attorney Martha A. Paluch, hereby requests that Government's Opposition to Defendant Lucero's and Portillos's Motions for Severance (Docs. 271 and 275), Docket No. 299, be filed under Level One Restriction, with access restricted to case participants and the Court only, for the reasons set forth in the Government's Brief in Support of its Motion to Restrict Access to Doc. 299.

Dated this 5th day of December, 2015.

        Respectfully submitted,

        *s/ Martha A. Paluch*
        Martha A. Paluch
        Assistant U.S. Attorney
        United States Attorney's Office
        1225 17th Street, Suite 700
        Denver, CO   80202
        (303) 454-0100
        Martha.paluch@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of December, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

Mr. Martin Stuart
Counsel for Raul Caraveo
mstuart@portmanstuart.com

Mr. John Schlie
Counsel for Pamila Lucero
johnhenry@schlielawfirm.com

Ms. Marci Gilligan
Counsel for Sabrina Caraveo
gilligan@ridleylaw.com

Mr. Thomas Ward
Counsel for Eugene Chavez
tward@wardlawdenver.com

Mr. Robert Pepin
Counsel for Carolina Aragon
Robert_Pepin@fd.org

Mr. John Mosby
Counsel for Cristina Portillos
john_mosby@msn.com

Mr. David Owen, Jr.
Counsel for Conrad Archuleta
davidowen@lodopc.com

Mr. John Sullivan, III
Counsel for Nancy Guzman
jfslaw1@aol.com

    s/ *Martha A. Paluch*
MARTHA A. PALUCH
Assistant U.S. Attorney
1225 17th St., Suite 700
Denver, CO   80202
Telephone:   (303) 454-0100
Fax:   (303) 454-0100
Martha.paluch@usdoj.gov