IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  15-cr-00149-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RAUL CARAVEO,
2. PAMILA LUCERO,
3. SABRINA CARAVEO,
4. EUGENE CHAVEZ**,**
5. CAROLINA ARAGON,
6. CRISTINA PORTILLOS,
7. CONRAD ARCHULETA, and
**8. NANCY GUZMAN**,

    Defendants.

## GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE DEFENDANT NANCY GUZMAN'S MARCH 10, 2016 SENTENCING HEARING

    The United States of America, by and through Martha A. Paluch, Assistant United States Attorney, hereby respectfully moves, without opposition, that Defendant Nancy Guzman's March 10, 2016 sentencing hearing be continued.  In support of this motion, the government asserts as follows:

    1.  Defendant Nancy Guzman (defendant) pled guilty to Count 1 of the Superseding Indictment on September 17, 2015.  She is scheduled to be sentenced at 11:00 a.m. on March 10, 2016.  Doc. 307.

    2.  As part of her plea agreement, the defendant agreed to "testify fully and truthfully at any proceeding in the District of Colorado or elsewhere as requested by the government."  Doc. 215 at 3, ¶ c.

1

3. Every defendant except Cristina Portillos has pled guilty in this case. Ms. Portillos's trial is scheduled to begin on May 2, 2016. Doc. 338.

4. In her plea agreement, the defendant agreed to "postponements of her sentencing, as requested by the government and as approved by the Court." Doc. 215. at 3, ¶ e. Because it is likely that the defendant will be called to testify for the government at the May trial of Defendant Portillos, the government respectfully requests that the defendant's March 10, 2016 sentencing hearing be continued until June of 2016, or until a date convenient to the Court.

5. Undersigned counsel has conferred with defendant's counsel, Mr. John F. Sullivan, about this motion. Mr. Sullivan represents that the defendant does not oppose this motion.

Respectfully submitted,

*s/ Martha A. Paluch*
Martha A. Paluch
Assistant U.S. Attorney
United States Attorney's Office
1225 17th Street, Suite 700
Denver, CO  80202
(303) 454-0100
Martha.paluch@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on this 18th day of February, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

Mr. Martin Stuart  
Counsel for Raul Caraveo  
mstuart@portmanstuart.com  

Mr. John Schlie  
Counsel for Pamila Lucero  
johnhenry@schlielawfirm.com  

Ms. Marci Gilligan  
Counsel for Sabrina Caraveo  
labranche@ridleylaw.com  

Mr. Thomas Ward  
Counsel for Eugene Chavez  
tward@wardlawdenver.com  

Mr. Robert Pepin  
Counsel for Carolina Aragon  
Robert_Pepin@fd.org  

Mr. John Mosby  
Counsel for Cristina Portillos  
john_mosby@msn.com  

Mr. David Owen, Jr.  
Counsel for Conrad Archuleta  
davidowen@lodopc.com  

Mr. John Sullivan, III  
Counsel for Nancy Guzman  
jfslaw1@aol.com  

      s/ *Mariah Tracy*  
MARIAH TRACY  
Legal Assistant  
U.S. Attorney's Office  
1225 17th St., Suite 700  
Denver, CO  80202  
Telephone:  (303) 454-0100  
Fax:  (303) 454-0401  
e-mail: Mariah.Tracy@usdoj.gov