IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 15-cr-00149-RM-08

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NANCY GUZMAN,

    Defendant.

---

**GOVERNMENT'S MOTION FOR SENTENCING REDUCTION FOR DEFENDANT PURSUANT TO U.S.S.G. § 5K1.1**

---

The United States of America, by and through John F. Walsh, United States Attorney for the District of Colorado, and Martha A. Paluch and Bryan D. Fields, Assistant United States Attorneys, hereby moves for a reduction of Defendant Nancy Guzman's sentence, pursuant to the provisions of § 5K1.1, U.S. Sentencing Guidelines, in light of the defendant's substantial assistance to the government in the investigation and prosecution of other persons who have committed offenses against the laws of the United States.

In support of this motion, the government states as follows:

*Summary of Cooperation*

The defendant admitted her involvement in this matter when first interviewed by Department of Corrections (DOC) officials and by IRS Special Agent Tony Romero. The defendant also participated in a detailed debriefing session with government counsel and Agent Romero.

During her debrief session, the defendant was questioned on a variety of topics pertaining to her knowledge and participation in the conspiracy to defraud the United States as alleged in Count 1 of the Superseding Indictment.   The defendant provided specific knowledge as to other individuals involved in the scheme, how the scheme worked to her understanding, and the terminology used by her and her coconspirators. Specifically, the defendant recounted her meetings and interactions with co-defendants Sabrina Caraveo, Pamila Lucero, and her husband Conrad Archuleta.

The information the defendant provided was valuable to further the investigation, to identify participants in the conspiracy, to decipher code terms used in recorded DOC calls, and to place statements made in those calls in context.   The defendant's information has proven to be reliable and has consistently been corroborated by Agent Romero.

While the defendant agreed to travel to Denver from Grand Junction to testify as a government witness at the trial of her co-defendant Cristina Portillos, the government ultimately decided her testimony would be cumulative and did not call her.   Nonetheless, the government submits that the defendant's willingness to testify is entitled to consideration.

*Government's Recommendation*

Based on the defendant's above-described cooperation, the government requests that the defendant be afforded a reduction in her sentence pursuant to U.S.S.G. § 5K1.1.   Her cooperation has been of substantial assistance to the government in that it has been complete, truthful and reliable.

Specifically, the government recommends that the defendant receive a sentence of credit for time served[1] with a term of supervised release to be determined by the Court, rather than a sentence within her guideline range of 1 to 7 months in prison, or the five-year probationary sentence as recommended by the probation office. The government submits that the goals of 18 U.S.C. § 3553(a) can be achieved through the recommended sentence, and that such sentence is warranted, given the defendant's substantial assistance.

WHEREFORE, the United States respectfully recommends that this Court grant its Motion, pursuant to Section 5K1.1 of the United States Sentencing Guidelines and Title 18, United States Code, to depart below defendant's applicable sentencing guideline range in imposing a sentence based upon the defendant's substantial assistance.

Respectfully submitted this 2nd day of June, 2016.

        JOHN F. WALSH
        United States Attorney

By: *s/Martha A. Paluch*
    MARTHA A. PALUCH
    BRYAN D. FIELDS
    Assistant United States Attorneys
    U.S. Attorney's Office
    1225 17th St., Suite 700
    Denver, CO   80202
    Telephone: (303) 454-0100
    Fax:   (303) 454-0402
    e-mail:   Martha.paluch@usdoj.gov
    bryan.fields3@usdoj.gov
    Attorneys for the Government

---

[1] DOJ policy precludes the government from arguing for a straight probationary sentence on a felony tax case.

## CERTIFICATE OF SERVICE

       I hereby certify that on this 2nd day of June, 2016, a true and correct copy of the foregoing **GOVERNMENT'S MOTION FOR SENTENCING REDUCTION FOR DEFENDANT PURSUANT TO U.S.S.G. § 5K1.1** using the CM/ECF system which will send notification of such filing to the following e-mail address:

Mr. John Mosby  
Counsel for Cristina Portillos  
john_mosby@msn.com

Mr. John Schlie  
Counsel for Pamila Lucero  
johnhenry@schlielawfirm.com

Mr. Thomas Ward  
Counsel for Eugene Chavez  
tward@wardlawdenver.com

Mr. David Owen  
Counsel for Conrad Archuleta  
davidowen@lodopc.com

Mr. Martin Stuart  
Counsel for Raul Caraveo  
mstuart@portmanstuart.com

Ms. Marci Gilligan LaBranche  
Counsel for Sabrina Caraveo  
labranche@ridleylaw.com

Mr. Robert Pepin  
Counsel for Carolina Aragon  
Robert_Pepin@fd.org

Mr. John Sullivan  
Counsel for Nancy Guzman  
jfslaw1@aol.com

                                         *s/Maggie E. Grenvik*  
                                         Maggie E. Grenvik  
                                         Legal Assistant