IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 15-cr-00149–RM

**UNITED STATES OF AMERICA**

        **Plaintiff(s),**

v.

**8.  NANCY GUZMAN,**

        **Defendant.**

**MOTION TO CONTINUE JUNE 16 SENTENCING DATE**

The Defendant, by and through CJA counsel, John F. Sullivan III, respectfully requests this Court grant a continuance of the sentencing hearing currently set for June 16, 2016 so that the Defendant may complete her inpatient treatment as described in the June 3, 2016 Memorandum from Probation.  In support of her motion, the Defendant offers the following:

1) On September 17, 2015, the Defendant pleaded guilty to Count I, Conspiracy to File False Claims for a Refund, in violation of 18 U.S.C. § 286.  Her sentencing is set for June 16, 2016.

2) In a memorandum dated, June 3, 2016 (memo), U.S. Probation (Probation) describes some of the difficulties the Defendant has had with pain, supervision and substance abuse before and after her guilty plea.  It is Probation's belief that the Defendant would be best served by an inpatient commitment to the program listed in the memo.  There is an opening in the program starting June 13, 2016 and the Defendant has agreed to go.  Given that it is likely that drug treatment and testing will be a component of any sentence for the Defendant, the better equipped she is to handle her post-sentencing supervision, the more likely it is she will not suffer a revocation of her supervised release whenever that might begin.   In short, the memo

describes a number of struggles and the sooner the Defendant is able to get treatment the better.

     3) The Defendant's going to treatment as recommended by Probation will also help to avoid a revocation of her pre-trial supervision.

     4) In order to enable her to complete the 90 day inpatient program, the Defendant will have to remain in the facility and thus not be able to attend court on June 16, 2016. The defense is requesting a 90 day continuance so the Defendant can complete the program.

     5) Assistant United States Attorney, Martha A. Paluch, has no objection should the Court see fit to grant this motion.

WHEREFORE, based upon the above, the Defendant respectfully requests this Court grant the requested relief for a continuance of the June 16, 2016 sentencing hearing and for all other relief proper in the premises.

Respectfully submitted this 6th day of June 2016.

                                       s/John F. Sullivan, III
                                       John F. Sullivan, III
                                       1745 SHEA CENTER DRIVE, 4TH FLOOR
                                       HIGHLANDS RANCH, CO 80129
                                       (303) 748-4343

## CERTIFICATE OF SERVICE

     I certify that a copy of the foregoing was served on this 6th day of June, 2016 by ECF upon all parties:

                                         s/John F. Sullivan, III