# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:15CR00149-8

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

NANCY GUZMAN,

        Defendant.

## ORDER REGARDING VIOLATION(S) OF CONDITIONS OF PROBATION

THIS MATTER is before the Court upon request by the probation officer to initiate revocation proceedings due to violation(s) of the conditions of supervision.

HAVING considered the probation officer's petition, the Court

____ ORDERS the issuance of an arrest warrant.

____ ORDERS the issuance of a summons.

____ DENIES the request.

DATED at Denver, Colorado, this _____ day of April, 2017.

BY THE COURT:

_____
Raymond P. Moore
United States District Judge