IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Criminal Case No. 15-cr-00149-8

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

NANCY GUZMAN,

      Defendant.

_____

**ORDER REGARDING VIOLATION(S) OF CONDITIONS OF SUPERVISED RELEASE**
_____

      THIS MATTER is before the Court upon request by the probation officer to initiate revocation proceedings due to violation(s) of the conditions of supervision.

      HAVING considered the probation officer's petition, the Court

_____ ORDERS the issuance of an arrest warrant.

__X__ ORDERS the issuance of a summons.

_____ DENIES the request.

      DATED this 26th day of April, 2017.

                          BY THE COURT:

                          _____
                          RAYMOND P. MOORE
                          United States District Judge