AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America<br>v.<br><br>NANCY GUZMAN<br>*Defendant* | )<br>)<br>)<br>) Case No. 15-cr-00149-RM-8<br>)<br>)<br>) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☑ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of Court

| Place: U.S. District Court<br>400 Rood Avenue<br>Grand Junction, Colorado 81501 | Courtroom No.: 310 |
|---|---|
| | Date and Time: May 10, 2017  11:30 a.m. |

This offense is briefly described as follows:

Possession and Use of a Controlled Substance
Failure to Participate in Substance Abuse Testing as Directed by the Probation Officer
Failure to Participate in Substance Abuse Treatment as Directed by the Probation Officer

Date: 4/26/2017

s/ J. Garcia-Gonzalez, Deputy Clerk
*Issuing officer's signature*

JEFFREY P. COLWELL, Clerk
*Printed name and title*

---

I declare under penalty of perjury that I have:

☑ Executed and returned this summons    ☐ Returned this summons unexecuted

Date: 4-27-17

*Server's signature*

Denise Dohanic, Sr. U.S. Probation Officer
*Printed name and title*