IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. MAGISTRATE JUDGE GORDON P. GALLAGHER

Colorado Case No. 15-CR-00149-RM-8          Court Deputy: A.Barnes
                                            Recorder: Grand Junction

Date: May 10, 2017

UNITED STATES OF AMERICA,
Plaintiff,

vs.

NANCY GUZMAN,
Defendant.

_____

MINUTES AND ORDERS -
INITIAL APPEARANCE ON PETITION RE SUPERVISED RELEASE VIOLATIONS
_____

11:29 a.m.

Defendant appeared out of custody pursuant to a Summons issued with regard to a Petition Re: Supervised Release Violations. AUSA Peter Hautzinger appeared in person. PO Denise Dohanic was also present in person.

Defendant was formally advised of the allegations in the Petition re Supervised Release Violations and of her rights.

Defendant requested court appointed counsel.

ORDER: The Court appointed counsel from the CJA Plan - specifically her former counsel John Sullivan if he is available as Defendant stated she had been satisfied with his representation of her in the past. But if he is not available, then the Court orders other counsel from the CJA Plan.

ORDER: Defendant remains on supervised release with the same conditions.

ORDER: After CJA Plan counsel is appointed, the CJA counsel and the AUSA are directed to forthwith contact Judge Moore's chambers to set this matter for further proceedings on the Petition Re: Supervised Release Violations on Judge Moore's calendar to occur in his courtroom in Denver.

Court in recess: 11:43 a.m.
Hearing duration: 14 minutes.