# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No.  15-cr-00149-RM

UNITED STATES OF AMERICA,

    Plaintiff

    v.

NANCY GUZMAN,

    Defendant.

___

## ENTRY OF APPEARANCE

___

John F. Sullivan of the Law Office of John F. Sullivan, III, PC, respectfully enters his appearance on behalf of the Defendant, Nancy Guzman.

Respectfully submitted this the 11th day of May, 2017

    s/John F Sullivan_____
    Law Office of John F. Sullivan, III, PC
    1745 Shea Center Drive, 4th Floor
    Littleton, CO 80129
    (303) 748-4343

## CERTIFICATE OF SERVICE

I certify that I have served a copy of this entry on the parties below on this the 11th day of May, 2017 via ECF:

    Ms. Martha Paluch
    Assistant United States Attorney    s/John F. Sullivan_____