IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy: Cathy Pearson<br>Court Reporter: Tammy Hoffschildt<br>Probation Officer:   Denise Dohanic (VTC) | Date:   July 27, 2017<br>Interpreter:   n/a |

**CASE NO.   15-cr-00149-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Martha Paluch |
| Plaintiff, | |
| v. | |
| 8.   NANCY GUZMAN, | John Sullivan |
| Defendant. | |

### COURTROOM MINUTES

**HEARING ON REVOCATION OF SUPERVISED RELEASE (videoconference)**
**Court in session:   11:10 a.m.**

Appearances of counsel.

Defendant is present on summons.

Defendant sworn and answers true name.   Defendant is 67 years old.

Defendant admits to all violations alleged in the Petition (Doc. 577).

The Court advises Defendant regarding rights waived by admitting to the violations and maximum penalties.

**Court in recess:     11:28 a.m.**
**Court in session:   11:34 a.m.**

Argument given on sentencing.

Defendant addresses the Court.

The Court enters findings of fact, conclusions of law, and orders.

**IT IS ORDERED** as follows:

> The defendant's sentence to supervised release terminated effective immediately, and the defendant is sentenced to the Bureau of Prisons for a term of **three (3) months**;
>
> No term of supervised release is imposed;
>
> Defendant must continue to pay restitution as part of the original judgment;
>
> Defendant shall report to the United States Marshal Service by 12:30 p.m today for processing; and
>
> Defendant shall voluntarily surrender and report to the institution designated by the Bureau of Prisons within 14 days from the date of designation.

Defendant is advised of the right to appeal the sentence imposed by the Court.

**Court in recess:**        **12:23 p.m.**
**Total in court time:**    **1:07**
**Hearing concluded**