IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 1:15-cr-00149-RM-08

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

NANCY GUZMAN,

        Defendant.

---

**ORDER TO SURRENDER IN LIEU OF
TRANSPORTATION BY THE UNITED STATES MARSHAL**

---

    IT IS ORDERED that Defendant, NANCY GUZMAN, having been sentenced in the above-named case to the custody of the Bureau of Prisons, is to surrender herself by reporting to the Warden, FMC Carswell, Naval Air Station, J Street, Building 3000, Fort Worth, Texas, 76127 on August 22, 2017, by 2:00 p.m., and will travel at her own expense.

    DATED at Denver, Colorado, this  9th   day of August, 2017.

                      BY THE COURT:

                      */s/ Raymond P. Moore*
                      Raymond P. Moore
                      United States District Judge