June 5-18

Please Change my address to 11774 East Virginia Drive Aurora, Co 80012

Thank You

Yaney Guzman

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 08 2018

JEFFREY P. COLWELL
CLERK